**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GENDLE, GEORGE R., JR. § | Case No. 09-75019-MB |
|     GENDLE, DOROTHY I § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 12, 2009. The undersigned trustee was appointed on October 23, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      224,660.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 20,250.00 |
| Administrative expenses | 72,630.55 |
| Bank service fees | 32.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 17,350.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 114,397.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6.  The deadline for filing non-governmental claims in this case was 01/29/2015 and the deadline for filing governmental claims was 01/29/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,566.31.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $9,566.31, for a total compensation of $9,566.31.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2015  By: /s/BERNARD J. NATALE
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75019-MB  
**Case Name:** GENDLE, GEORGE R., JR.  
GENDLE, DOROTHY I  
**Period Ending:** 03/24/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/12/09 (f)  
**§341(a) Meeting Date:** 12/17/09  
**Claims Bar Date:** 01/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence - 7550 Denrick Road, Orc | 107,811.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Amcore Bank checking account certificates of dep | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Various household goods and furnishings audio, v | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 6 | 3 life insurance policies Allstate Life Insuranc | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Anticipated tax refund 2009 | 3,100.00 | 0.00 | | 0.00 | FA |
| 8 | 1978 Ford F250 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1986 Lincoln Town Car | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Faulty Hip Replacement/DePuy & Premier Ortho  (u) | 239,000.00 | 207,310.00 | | 224,660.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$353,911.00** | **$208,610.00** | | **$224,660.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WAITING FOR LIEN CREDITOR'S CHECK TO CLEAR BEFORE PREPARING FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**    July 1, 2015          **Current Projected Date Of Final Report (TFR):**    April 30, 2015

Printed: 03/24/2015 02:40 PM    V.13.21

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75019-MB  
**Case Name:** GENDLE, GEORGE R., JR.  
GENDLE, DOROTHY I  
**Taxpayer ID #:** **-***3569  
**Period Ending:** 03/24/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/15 | {10} | Meyers & Flowers LLC | Proceeds from Hip Replacement Settlement | 1242-000 | 224,660.00 | | 224,660.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.31 | 224,627.69 |
| 03/02/15 | 101 | Barrick Switzer Long Balsley & Van Evera LLP | Ref # SC R VAN EVERA (Special Counsel Fees for R Van Evera) | 3210-600 | | 21,572.23 | 203,055.46 |
| 03/02/15 | 102 | Meyers & Flowers LLC | Ref # SC SEAN HENDRICKS  (Special Counsel Fees for S Hendricks) | 3210-600 | | 43,144.44 | 159,911.02 |
| 03/02/15 | 103 | Meyers & Flowers | Ref # SPECIAL COUNSEL COSTS | 3220-610 | | 7,913.88 | 151,997.14 |
| 03/02/15 | 104 | Diamond Financial Solutions | Ref # 3620000794 (Payment for Loan Debtors, D & G Gendle took against settlement | 4210-000 | | 20,250.00 | 131,747.14 |
| 03/02/15 | 105 | Dorothy Gendle | Ref # D GENDLE EXEMPT | 8100-002 | | 17,350.00 | 114,397.14 |
| | | | **ACCOUNT TOTALS** | | 224,660.00 | 110,262.86 | **$114,397.14** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 224,660.00 | 110,262.86 | |
| | | | Less: Payments to Debtors | | | 17,350.00 | |
| | | | **NET Receipts / Disbursements** | | **$224,660.00** | **$92,912.86** | |

| | |
|---|---|
| Net Receipts : | 224,660.00 |
| Less Payments to Debtor : | 17,350.00 |
| Net Estate : | $207,310.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********66** | 224,660.00 | 92,912.86 | 114,397.14 |
| | **$224,660.00** | **$92,912.86** | **$114,397.14** |

{} Asset reference(s)

Printed: 03/24/2015 02:40 PM     V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 29, 2015

**Case Number:** 09-75019-MB  
**Debtor Name:** GENDLE, GEORGE R., JR.

Page: 1

**Date:** March 24, 2015  
**Time:** 02:40:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | 10/02/14-03/02/15 | $3,225.00 | $0.00 | 3,225.00 |
| SPBS 199 | Barrick Switzer Long Balsley & Van Evera LLP 6833 Stalter Drive 1st Floor Rockford, IL 61108 | Admin Ch. 7 | SC R VAN EVERA Per Court order entered by the Bankruptcy Court on 2/11/15 | $21,572.23 | $21,572.23 | 0.00 |
| TRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 126326.21] | $9,566.31 | $0.00 | 9,566.31 |
| SPM&F 199 | Meyers & Flowers LLC 3 North Second Street Suite 300 St Charles, IL 60174 | Admin Ch. 7 | SC SEAN HENDRICKS Per Order entered by the Bankruptcy Court on 2/11/15 | $43,144.44 | $43,144.44 | 0.00 |
| SPEM&F 199 | Meyers & Flowers 3 North Second Street Suite 3 St Charles, IL 60174 | Admin Ch. 7 | SPECIAL COUNSEL COSTS Per order entered by the Bankruptcy Court on 2/11/15 | $7,913.88 | $7,913.88 | 0.00 |
| ATTYEXP 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | 12/11/14-01/19/15 | $48.96 | $0.00 | 48.96 |
| EXEMPT 100 | Dorothy Gendle % Attorney Richard Van Evera 6833 Stalter Drive 1st Flr Rockford, IL 61108 | Secured | D GENDLE EXEMPT Exemptions from PI Cause of Action per Order entered by the Court on 02/11/15 | $17,350.00 | $17,350.00 | 0.00 |
| DFCLLC 950 | Diamond Financial Solutions 888 Town Center Drive Langhorne, PA 19047 | Secured | 3620000794 Per order entered by the Bankruptcy Court on 2/11/15 for loan taken by debtors against settlement funds. | $20,250.00 | $20,250.00 | 0.00 |
| 1 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 4809 | $1,584.37 | $0.00 | 1,584.37 |
| 2 610 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 2624/KOHLS | $2,900.36 | $0.00 | 2,900.36 |
| 3 610 | PYOD, LLC as assignee of Citibank NA Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 7179/CITIBANK/SEARS | $113.14 | $0.00 | 113.14 |
| 4 610 | PYOD, LLC as assignee of RBS Citizens, NA Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 4443/RBS CITIZENS | $1,917.96 | $0.00 | 1,917.96 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 29, 2015

**Case Number:** 09-75019-MB  
**Debtor Name:** GENDLE, GEORGE R., JR.

Page: 2

**Date:** March 24, 2015  
**Time:** 02:40:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | PYOD, LLC as assignee of Citbank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 2795/CITIBANK/HOME DEPOT | $337.82 | $0.00 | 337.82 |
| 6<br>610 | PYOD, LLC as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 1738/CITIBANK | $4,063.32 | $0.00 | 4,063.32 |
| 7<br>610 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Unsecured | 3713 | $9,252.87 | $0.00 | 9,252.87 |
| 1I<br>640 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 4809 | $31.68 | $0.00 | 31.68 |
| 2I<br>640 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2624/KOHLS | $57.98 | $0.00 | 57.98 |
| 3I<br>640 | PYOD, LLC as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 7179/CITIBANK/SEARS | $2.26 | $0.00 | 2.26 |
| 4I<br>640 | PYOD, LLC as assignee of RBS Citizens, NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 4443/RBS CITIZENS | $38.34 | $0.00 | 38.34 |
| 5I<br>640 | PYOD, LLC as assignee of Citbank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 2795/CITIBANK/HOME DEPOT | $6.75 | $0.00 | 6.75 |
| 6I<br>640 | PYOD, LLC as assignee of Citibank NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 1738/CITIBANK | $81.24 | $0.00 | 81.24 |
| 7I<br>640 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Unsecured | 3713 | $184.99 | $0.00 | 184.99 |
| SURPLUS<br>650 | GENDLE, GEORGE R., JR.<br>7550 DENRICK ROAD<br>CHERRY VALLEY, IL 61016 | Unsecured | | $80,983.79 | $0.00 | 80,983.79 |
| **<< Totals >>** | | | | 224,627.69 | 110,230.55 | 114,397.14 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 09-75019-MB  
Case Name: GENDLE, GEORGE R., JR.  
Trustee Name: BERNARD J. NATALE

**Balance on hand:**  $ 114,397.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| DFCLLC | Diamond Financial Solutions | 20,250.00 | 20,250.00 | 20,250.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00  
Remaining balance:  $ 114,397.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,566.31 | 0.00 | 9,566.31 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,225.00 | 0.00 | 3,225.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 48.96 | 0.00 | 48.96 |
| Other Fees: Barrick Switzer Long Balsley & Van Evera LLP | 21,572.23 | 21,572.23 | 0.00 |
| Other Expenses: Meyers & Flowers | 7,913.88 | 7,913.88 | 0.00 |
| Other Fees: Meyers & Flowers LLC | 43,144.44 | 43,144.44 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 12,840.27  
Remaining balance:  $ 101,556.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00  
Remaining balance:  $ 101,556.87

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 101,556.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,169.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 1,584.37 | 0.00 | 1,584.37 |
| 2 | Capital One, N.A. | 2,900.36 | 0.00 | 2,900.36 |
| 3 | PYOD, LLC as assignee of Citibank NA | 113.14 | 0.00 | 113.14 |
| 4 | PYOD, LLC as assignee of RBS Citizens, NA | 1,917.96 | 0.00 | 1,917.96 |
| 5 | PYOD, LLC as assignee of Citbank NA | 337.82 | 0.00 | 337.82 |
| 6 | PYOD, LLC as assignee of Citibank NA | 4,063.32 | 0.00 | 4,063.32 |
| 7 | First National Bank of Omaha | 9,252.87 | 0.00 | 9,252.87 |

|  |  | Total to be paid for timely general unsecured claims: | $ | 20,169.84 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 81,387.03 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 81,387.03

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 81,387.03

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $403.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 80,983.79.

**UST Form 101-7-TFR (05/1/2011)**