# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GENDLE, GEORGE R., JR. § Case No. 09-75019
   GENDLE, DOROTHY I §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 Clerk of The U S Bankruptcy Court
 327 S Church Street, Room 1100
 Rockford IL 61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/01/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/24/2015   By: /s/BERNARD J. NATALE
                                                                  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: GENDLE, GEORGE R., JR. § Case No. 09-75019
GENDLE, DOROTHY I §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 224,660.00 |
| *and approved disbursements of* | $ 110,262.86 |
| *leaving a balance on hand of* [1] | $ 114,397.14 |
| **Balance on hand:** | $ 114,397.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| DFCLLC | Diamond Financial Solutions | 20,250.00 | 20,250.00 | 20,250.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 114,397.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,566.31 | 0.00 | 9,566.31 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,225.00 | 0.00 | 3,225.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 48.96 | 0.00 | 48.96 |
| Other Fees: Barrick Switzer Long Balsley & Van Evera LLP | 21,572.23 | 21,572.23 | 0.00 |
| Other Expenses: Meyers & Flowers | 7,913.88 | 7,913.88 | 0.00 |
| Other Fees: Meyers & Flowers LLC | 43,144.44 | 43,144.44 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 12,840.27 |
|---|---|---|---|
|  | Remaining balance: | $ | 101,556.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 101,556.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 101,556.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,169.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 1,584.37 | 0.00 | 1,584.37 |
| 2 | Capital One, N.A. | 2,900.36 | 0.00 | 2,900.36 |
| 3 | PYOD, LLC as assignee of Citibank NA | 113.14 | 0.00 | 113.14 |
| 4 | PYOD, LLC as assignee of RBS Citizens, NA | 1,917.96 | 0.00 | 1,917.96 |
| 5 | PYOD, LLC as assignee of Citbank NA | 337.82 | 0.00 | 337.82 |
| 6 | PYOD, LLC as assignee of Citibank NA | 4,063.32 | 0.00 | 4,063.32 |
| 7 | First National Bank of Omaha | 9,252.87 | 0.00 | 9,252.87 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 20,169.84 |
|---|---|---|---|
|  | Remaining balance: | $ | 81,387.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 81,387.03 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 81,387.03 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $403.24. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 80,983.79.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
George R. Gendle, Jr.
Dorothy I Gendle
    Debtors

Case No. 09-75019-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 2     Date Rcvd: May 04, 2015
                Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2015.

```
db/jdb         +George R. Gendle, Jr.,    Dorothy I Gendle,    7550 Denrick Road,    Cherry Valley, IL 61016-9708
14713081       +AT&T Universal Card,    Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14713080       +Amcore Bank,    Mortgage Sevrvicing Center,    P.O. Box 5452,    Mt. Laurel, NJ 08054-5452
14713082        Capital One Bank,    P.O. Box 6492,    Carol Stream, IL  60197-6492
22654142        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22749745        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14713083       +Charter One Card Services,    P.O. Box 7092,    Bridgeport, CT 06601-7092
14713084       +Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14713085       +First National Bank Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
23042533       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14713086       +First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
14713078       +Gendle Dorothy I,    7550 Denrick Road,    Cherry Valley, IL 61016-9708
14713077       +Gendle George R Jr,    7550 Denrick Road,    Cherry Valley, IL 61016-9708
22470392       +George R. Gendle, Jr.,    Dorothy I. Gendle,    c/o Attorney Stephen G. Balsley,
                 6833 Stalter Drive,    Rockford, IL 61108-2579
14713088       +HSBC Bergners,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14713089       +HSBC Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
14713087        Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA  50368
14713091       +Juniper Card Services,    P.O. Box 8801,    Wilmington, DE 19899-8801
14713093       +Kroger Personal Finance,    P.O. Box 18205,    Bridgeport, CT 06601-3205
14713079       +Law Office Of James H Moore,    416 E State Street,    Rockford, IL 61104-1018
14713095       +Macy's DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
14713096       +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14713097       +Wells Fargo Financial National Bank,    P.O. Box 98796,    Las Vegas, NV 89193-8796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14713090       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2015 01:17:18      JCPenney,    P.O. Box 960090,
                 Orlando, FL 32896-0090
14713092       +E-mail/Text: bnckohlsnotices@becket-lee.com May 05 2015 00:59:13      Kohls/Chase,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
14713094       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2015 01:17:18      Lowe's,    P.O. Box 960010,
                 Orlando, FL 32896-0010
22819188       +E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2015 01:17:45
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22853066       +E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2015 01:16:51
                 PYOD, LLC its successors and assigns as assignee,    of RBS Citizens, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2015                                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2015 at the address(es) listed below:

```
              Bernard J Natale    natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Carole J. Ryczek    carole.ryczek@usdoj.gov
              Gilbert R. Dizon    on behalf of Joint Debtor Dorothy I Gendle ecf@dizonyoung.com
              Gilbert R. Dizon    on behalf of Debtor George R. Gendle, Jr. ecf@dizonyoung.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: May 04, 2015
                              Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stephen G Balsley   on behalf of Debtor George R. Gendle, Jr. sbalsley@bslbv.com
          Stephen G Balsley   on behalf of Joint Debtor Dorothy I Gendle sbalsley@bslbv.com
                                                                                     TOTAL: 9