**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re:  GENDLE, GEORGE R., JR. | § | Case No. 09-75019-MB |
|       GENDLE, DOROTHY I | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $114,911.00            Assets Exempt: $47,961.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,823.08      Claims Discharged
                                                       Without Payment: $25,873.21

Total Expenses of Administration: $85,503.13

---

    3)  Total gross receipts of $ 224,660.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 98,333.79 (see **Exhibit 2**), yielded net receipts of $126,326.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $83,000.00 | $20,250.00 | $20,250.00 | $20,250.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 85,503.13 | 85,503.13 | 85,503.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,332.19 | 20,573.08 | 20,573.08 | 20,573.08 |
| **TOTAL DISBURSEMENTS** | $132,332.19 | $126,326.21 | $126,326.21 | $126,326.21 |

    4) This case was originally filed under Chapter 7 on November 12, 2009. The case was pending for 69 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015     By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Faulty Hip Replacement/DePuy & Premier Ortho | 1242-000 | 224,660.00 |
| **TOTAL GROSS RECEIPTS** | | **$224,660.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dorothy Gendle | Ref # D GENDLE EXEMPT | 8100-002 | 17,350.00 |
| GENDLE, GEORGE R., JR. | Distribution paid 100.00% on $80,983.79; Claim# SURPLUS; Filed: $80,983.79; Reference: | 8200-003 | 0.00 |
| DOROTHY GENDLE | SURPLUS FUNDS | 8200-002 | 80,983.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$98,333.79** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| DFCLLC | Diamond Financial Solutions | 4210-000 | N/A | 20,250.00 | 20,250.00 | 20,250.00 |
| NOTFILED | Amcore Bank Mortgage Sevrvicing Center | 4110-000 | 83,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$83,000.00** | **$20,250.00** | **$20,250.00** | **$20,250.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,225.00 | 3,225.00 | 3,225.00 |
| Barrick Switzer Long Balsley & Van Evera LLP | 3210-600 | N/A | 21,572.23 | 21,572.23 | 21,572.23 |
| BERNARD J. NATALE | 2100-000 | N/A | 9,566.31 | 9,566.31 | 9,566.31 |
| Meyers & Flowers LLC | 3210-600 | N/A | 43,144.44 | 43,144.44 | 43,144.44 |
| Meyers & Flowers | 3220-610 | N/A | 7,913.88 | 7,913.88 | 7,913.88 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 48.96 | 48.96 | 48.96 |
| Rabobank, N.A. | 2600-000 | N/A | 32.31 | 32.31 | 32.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $85,503.13 | $85,503.13 | $85,503.13 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 7,105.48 | 1,584.37 | 1,584.37 | 1,584.37 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 31.68 | 31.68 | 31.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Capital One, N.A. | 7100-000 | 2,740.88 | 2,900.36 | 2,900.36 | 2,900.36 |
| 2I | Capital One, N.A. | 7990-000 | N/A | 57.98 | 57.98 | 57.98 |
| 3 | PYOD, LLC as assignee of Citibank NA | 7100-000 | N/A | 113.14 | 113.14 | 113.14 |
| 3I | PYOD, LLC as assignee of Citibank NA | 7990-000 | N/A | 2.26 | 2.26 | 2.26 |
| 4 | PYOD, LLC as assignee of RBS Citizens, NA | 7100-000 | N/A | 1,917.96 | 1,917.96 | 1,917.96 |
| 4I | PYOD, LLC as assignee of RBS Citizens, NA | 7990-000 | N/A | 38.34 | 38.34 | 38.34 |
| 5 | PYOD, LLC as assignee of Citbank NA | 7100-000 | 255.31 | 337.82 | 337.82 | 337.82 |
| 5I | PYOD, LLC as assignee of Citbank NA | 7990-000 | N/A | 6.75 | 6.75 | 6.75 |
| 6 | PYOD, LLC as assignee of Citibank NA | 7100-000 | 4,185.45 | 4,063.32 | 4,063.32 | 4,063.32 |
| 6I | PYOD, LLC as assignee of Citibank NA | 7990-000 | N/A | 81.24 | 81.24 | 81.24 |
| 7 | First National Bank of Omaha | 7100-000 | 8,803.41 | 9,252.87 | 9,252.87 | 9,252.87 |
| 7I | First National Bank of Omaha | 7990-000 | 368.45 | 184.99 | 184.99 | 184.99 |
| NOTFILED | JCPenney | 7100-000 | 2,612.05 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 913.16 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 2,486.16 | N/A | N/A | 0.00 |
| NOTFILED | Kroger Personal Finance | 7100-000 | 2,030.07 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card Customer Service | 7100-000 | 3,734.33 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 4,576.20 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bergners | 7100-000 | 2,263.31 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 2,711.01 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,988.89 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial National Bank | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 832.61 | N/A | N/A | 0.00 |
| NOTFILED | Macy's DSNB | 7100-000 | 1,079.56 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 451.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,332.19 | $20,573.08 | $20,573.08 | $20,573.08 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75019-MB  
**Case Name:** GENDLE, GEORGE R., JR.  
GENDLE, DOROTHY I  
**Period Ending:** 08/10/15

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/12/09 (f)  
**§341(a) Meeting Date:** 12/17/09  
**Claims Bar Date:** 01/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence - 7550 Denrick Road, Orc | 107,811.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Amcore Bank checking account certificates of dep | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Various household goods and furnishings audio, v | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 6 | 3 life insurance policies Allstate Life Insuranc | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Anticipated tax refund 2009 | 3,100.00 | 0.00 | | 0.00 | FA |
| 8 | 1978 Ford F250 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1986 Lincoln Town Car | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Faulty Hip Replacement/DePuy & Premier Ortho (u) | 239,000.00 | 207,310.00 | | 224,660.00 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$353,911.00** | **$208,610.00** | | **$224,660.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WAITING FOR LIEN CREDITOR'S CHECK TO CLEAR BEFORE PREPARING FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**    July 1, 2015        **Current Projected Date Of Final Report (TFR):**    March 24, 2015  (Actual)

Printed: 08/10/2015 12:32 PM    V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75019-MB
**Case Name:** GENDLE, GEORGE R., JR.
  GENDLE, DOROTHY I
**Taxpayer ID #:** **-***3569
**Period Ending:** 08/10/15

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ********66 - Checking Account
**Blanket Bond:** $8,842,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/15 | {10} | Meyers & Flowers LLC | Proceeds from Hip Replacement Settlement | 1242-000 | 224,660.00 | | 224,660.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.31 | 224,627.69 |
| 03/02/15 | 101 | Barrick Switzer Long Balsley & Van Evera LLP | Ref # SC R VAN EVERA (Special Counsel Fees for R Van Evera) | 3210-600 | | 21,572.23 | 203,055.46 |
| 03/02/15 | 102 | Meyers & Flowers LLC | Ref # SC SEAN HENDRICKS (Special Counsel Fees for S Hendricks) | 3210-600 | | 43,144.44 | 159,911.02 |
| 03/02/15 | 103 | Meyers & Flowers | Ref # SPECIAL COUNSEL COSTS | 3220-610 | | 7,913.88 | 151,997.14 |
| 03/02/15 | 104 | Diamond Financial Solutions | Ref # 3620000794 (Payment for Loan Debtors, D & G Gendle took against settlement | 4210-000 | | 20,250.00 | 131,747.14 |
| 03/02/15 | 105 | Dorothy Gendle | Ref # D GENDLE EXEMPT | 8100-002 | | 17,350.00 | 114,397.14 |
| 06/01/15 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $9,566.31, Trustee Compensation; Reference: | 2100-000 | | 9,566.31 | 104,830.83 |
| 06/01/15 | 107 | GENDLE, GEORGE R., JR. | Distribution paid 100.00% on $80,983.79; Claim# SURPLUS; Filed: $80,983.79; Reference: Voided on 06/01/15 | 8200-003 | | 80,983.79 | 23,847.04 |
| 06/01/15 | 107 | GENDLE, GEORGE R., JR. | Distribution paid 100.00% on $80,983.79; Claim# SURPLUS; Filed: $80,983.79; Reference: Voided: check issued on 06/01/15 | 8200-003 | | -80,983.79 | 104,830.83 |
| 06/01/15 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,ATTYEXP | | | 3,273.96 | 101,556.87 |
| | | | Dividend paid 100.00%  3,225.00 on $3,225.00;  Claim# ATTY; Filed: $3,225.00; Reference: 10/02/14-03/02/15 | 3110-000 | | | 101,556.87 |
| | | | Dividend paid 100.00%  48.96 on $48.96;  Claim# ATTYEXP; Filed: $48.96; Reference: 12/11/14-01/19/15 | 3120-000 | | | 101,556.87 |
| 06/01/15 | 109 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,1I | | | 1,616.05 | 99,940.82 |
| | | | Dividend paid 100.00%  1,584.37 on $1,584.37;  Claim# 1; Filed: $1,584.37; Reference: 4809 | 7100-000 | | | 99,940.82 |
| | | | Dividend paid 100.00%  31.68 on $31.68;  Claim# 1I; Filed: $31.68; | 7990-000 | | | 99,940.82 |

Subtotals :    $224,660.00    $124,719.18

{} Asset reference(s)

Printed: 08/10/2015 12:32 PM    V.13.23

Case 09-75019    Doc 43    Filed 08/26/15    Entered 08/26/15 14:37:48    Desc Main
            Document      Page 8 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75019-MB  
**Case Name:** GENDLE, GEORGE R., JR.  
GENDLE, DOROTHY I  
**Taxpayer ID #:** **-***3569  
**Period Ending:** 08/10/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 4809 | | | | |
| 06/01/15 | 110 | Capital One, N.A. | Combined Check for Claims#2,2I | | | 2,958.34 | 96,982.48 |
| | | | Dividend paid 100.00% 2,900.36<br>on $2,900.36;  Claim# 2;<br>Filed: $2,900.36;<br>Reference: 2624/KOHLS | 7100-000 | | | 96,982.48 |
| | | | Dividend paid 100.00% 57.98<br>on $57.98;  Claim# 2I;<br>Filed: $57.98;<br>Reference: 2624/KOHLS | 7990-000 | | | 96,982.48 |
| 06/01/15 | 111 | First National Bank of Omaha | Combined Check for Claims#7,7I<br>Voided on 06/09/15 | 7100-003 | | 9,437.86 | 87,544.62 |
| 06/01/15 | 112 | PYOD, LLC as assignee of Citibank NA | Combined Check for Claims#5,5I | | | 344.57 | 87,200.05 |
| | | | Dividend paid 100.00% 337.82<br>on $337.82;  Claim# 5;<br>Filed: $337.82;<br>Reference:<br>2795/CITIBANK/HOME<br>DEPOT | 7100-000 | | | 87,200.05 |
| | | | Dividend paid 100.00% 6.75<br>on $6.75;  Claim# 5I;<br>Filed: $6.75;  Reference:<br>2795/CITIBANK/HOME<br>DEPOT | 7990-000 | | | 87,200.05 |
| 06/01/15 | 113 | PYOD, LLC as assignee of Citibank NA | Combined Check for Claims#3,6,3I,6I | | | 4,259.96 | 82,940.09 |
| | | | Dividend paid 100.00% 113.14<br>on $113.14;  Claim# 3;<br>Filed: $113.14;<br>Reference:<br>7179/CITIBANK/SEARS | 7100-000 | | | 82,940.09 |
| | | | Dividend paid 100.00% 4,063.32<br>on $4,063.32;  Claim# 6;<br>Filed: $4,063.32;<br>Reference:<br>1738/CITIBANK | 7100-000 | | | 82,940.09 |
| | | | Dividend paid 100.00% 2.26<br>on $2.26;  Claim# 3I;<br>Filed: $2.26;  Reference: | 7990-000 | | | 82,940.09 |

Subtotals :         $0.00         $17,000.73

{} Asset reference(s)                                                                 Printed: 08/10/2015 12:32 PM    V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-75019-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GENDLE, GEORGE R., JR. | | Bank Name: | Rabobank, N.A. |
| | GENDLE, DOROTHY I | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***3569 | | Blanket Bond: | $8,842,000.00 (per case limit) |
| Period Ending: | 08/10/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 7179/CITIBANK/SEARS | | | | |
| | | | Dividend paid 100.00%  81.24<br>on $81.24;  Claim# 6I;<br>Filed: $81.24;<br>Reference:<br>1738/CITIBANK | 7990-000 | | | 82,940.09 |
| 06/01/15 | 114 | PYOD, LLC as assignee of RBS Citizens, NA | Combined Check for Claims#4,4I | | | 1,956.30 | 80,983.79 |
| | | | Dividend paid 100.00%  1,917.96<br>on $1,917.96;  Claim# 4;<br>Filed: $1,917.96;<br>Reference: 4443/RBS CITIZENS | 7100-000 | | | 80,983.79 |
| | | | Dividend paid 100.00%  38.34<br>on $38.34;  Claim# 4I;<br>Filed: $38.34;<br>Reference: 4443/RBS CITIZENS | 7990-000 | | | 80,983.79 |
| 06/01/15 | 115 | DOROTHY GENDLE | SURPLUS FUNDS | 8200-002 | | 80,983.79 | 0.00 |
| 06/09/15 | 111 | First National Bank of Omaha | Combined Check for Claims#7,7I<br>Voided: check issued on 06/01/15 | 7100-003 | | -9,437.86 | 9,437.86 |
| 06/09/15 | 116 | First National Bank of Omaha | Ref # 3713 | | | 9,437.86 | 0.00 |
| | | | Ref #3713  9,252.87 | 7100-000 | | | 0.00 |
| | | | Ref # 3713  184.99 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 224,660.00 | 224,660.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 224,660.00 | 224,660.00 | |
| | | | Less: Payments to Debtors | | | 98,333.79 | |
| | | | **NET Receipts / Disbursements** | | **$224,660.00** | **$126,326.21** | |

{} Asset reference(s)    Printed: 08/10/2015 12:32 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-75019-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GENDLE, GEORGE R., JR. | | Bank Name: | Rabobank, N.A. |
| | GENDLE, DOROTHY I | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***3569 | | Blanket Bond: | $8,842,000.00  (per case limit) |
| Period Ending: | 08/10/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 224,660.00 | | | |
| Less Payments to Debtor : | 98,333.79 | | | |
| Net Estate : | $126,326.21 | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ********66 | 224,660.00 | 126,326.21 | 0.00 |
| | $224,660.00 | $126,326.21 | $0.00 |

{} Asset reference(s)                                    Printed: 08/10/2015 12:32 PM    V.13.23